UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALEJANDRO CRUZ NESTOR, on behalf of himself
And all others similarly situated,

                          Plaintiff,

-against-

BREEN BROS. TOWING, INC., PATRICIA BREEN,
JOSEPH BREEN, MICHAEL BREEN, and
PATRICK BREEN,

                          Defendants,
------------------------------------------------------------------x

Case No. 21-cv-196

**RULE 68 OFFER OF JUDGMENT ON FLSA WAGE CLAIMS**

**RULE 68 PARTIAL OFFER OF JUDGMENT ON FLSA WAGE PAYMENT CLAIM**

TO:    Megan S. Goddard
           GODDARD LAW, PLLC
           39 Broadway, Suite 1540
           New York, NY 10006
           Megan@goddardlawnyc.com
           *Attorneys for Plaintiff*

Plaintiff has filed a claim against the Defendants, Breen Bros. Towing, Inc., Patricia Breen, Joseph Breen, Michael Breen, and Patrick Breen ("Defendants") alleging that Defendants failed to pay him certain wages under the federal Fair Labor Standards Act ("FLSA"). The FLSA claim is Plaintiff's First Cause of Action in his Complaint in the above-captioned action.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendants offer to allow a Partial Offer of Judgment ("Offer") to be entered against them solely for the FLSA claim in the amount of Twenty-Eight Thousand Five Hundred Ninety-Nine Dollars and Sixty-Four cents ("$28,599.64"). This Offer is intended to fully settle and resolve Plaintiff's FLSA claim, including and without limitation any and all claims for compensatory damages, statutory damages, punitive damages, attorneys' fees, litigation expenses, and costs of suit.

This Offer shall not be construed as either an admission that any of the Defendants is liable in this action, or that the Plaintiff has suffered any damage.

This Offer shall not be filed with the Court unless accepted. To accept this Offer, Plaintiff must serve written notice of acceptance within 14 days of receipt of this Offer.

Dated: July 12, 2021

        Respectfully submitted,

        Whalen Law Group, P.C.

        By: /s/Mark Whalen
            Mark Whalen
            PO Box 1269
            Belle Mead, NJ 08502
            Markw.lawfirm!gmail.com
            609-731-3121
            *Attorneys for Defendants*

4